IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERKADIA COMMERCIAL MORTGAGE LLC, <br>     Plaintiff, <br><br> v. <br><br> CROSS BRIDGE TITLE LLC and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, <br>     Defendants. | § § § § § § § § § § | Civil Action No. 4:25-cv-2368 |

# **DEFENDANT OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE**

Defendant Old Republic National Title Insurance Company ("Old Republic"), files this Certificate of Interested Parties and Corporate Disclosure and respectfully shows as follows:

**I.**

The following is a complete list of persons and entities that are financially interested in the outcome of this case, to Old Republic's knowledge:

1. Berkadia Commercial Mortgage, LLC
   Plaintiff
   c/o Geoffrey Berg
   Berg, Plummer & Johnson, LLP
   3700 Buffalo Speedway, Suite 1150
   Houston, TX 77098

2. Old Republic National Title Insurance Company
   Defendant
   c/o Bradford W. Irelan
   Irelan Stephens, PLLC
   2520 Caroline, 2nd Floor
   Houston, TX 77004

Phone: (713) 222-7666
Facsimile: (713) 222-7669
birelan@irelanlaw.com

Old Republic National Title Insurance Company is a non-governmental entity that is a wholly owned subsidiary of Old Republic Title Insurance Companies, Inc. which is not a publicly traded company.

3. Cross Bridge Title, LLC
   Defendant
   4667 Us Hwy 9
   Howell, New Jersey, 07731

    Respectfully submitted,

    **IRELAN STEPHENS, PLLC**

    */s/ Andrea Whitley*
    Bradford W. Irelan
    State Bar No. 10411550
    birelan@irelanlaw.com
    Andrea Whitley
    State Bar No 24041661
    awhitley@irelanlaw.com
    2520 Caroline Street, 2nd Floor
    Houston, Texas 77004
    Phone: (713) 222-7666
    Facsimile: (713) 222-7669

    **ATTORNEYS FOR OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties appearing on the Court's ECF service list.


                                      */s/ Andrea Whitley*
                                      Andrea Whitley