| | | |
|---|---|---|
| Berkadia Commercial Mortgage, LLC | Plaintiff | |
| vs. | | |
| Cross Bridge Title LLC and Old Republic National | Defendant | |
| Title Insurance Company | | |

Superior Court of New Jersey
Venue:    UNITED STATES DISTRICT COURT FOR THE
          SOUTHERN DISTRICT OF TEXAS
Docket Number:    4:25-cv-02368

**Person to be Served** (Name & Address) :
Michele Scher, Office Manager on behalf of Cross Bridge Title LLC
18 COX CRO ROAD Suite 102, TOMS RIVER, NJ 08755

**AFFIDAVIT OF SERVICE**
(For use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

**Attorney:**
Houston City Servers, L.L.C. ** PROFESSIONAL CIVIL PROCESS
SERVICE**
Houston City Servers
2800 Post Oak Blvd. Suite 4100
Houston, TX 77056

**Papers Served:**
SUMMONS, PLAINTIFF BERKADIA COMMERCIAL MORTGAGE LLC'S ORIGINAL COMPLAINT, ORDER FOR CONFRENCE AND DISCLOSURE OF
INTERESTED PARTIES, COURT PROCEDURES

**Service Data:**

| Served Successfully | [X] | Not Served | [ ] | Date  Wed, Jun 04 2025 | Time:  10:53 AM |
|---|---|---|---|---|---|
| | | | | | Attempts:  2 |

| | |
|---|---|
| [ ] Delivered a copy to him / her personally | Name of Person Served and relationship or title |
| [ ] Left a copy with a competent household | MICHELLE SCHER on behalf of Cross Bridge Title, LLC |
| member over 14 years of age residing | |
| therein (indicate name & relationship at right) | MANAGING AGENT |
| [ ] Left a copy with a person authorized to | |
| accept service, e.g., management agent, | |
| registered agent, etc. | |
| (indicate name & official title at right) | |

**Description of Person Accepting Service:**

| Sex: | Female | Age: | 45-55 YEARS OLD | Height: | 5'3" | Weight: | 115-130 LBS | Skin Color: | Caucasian | Hair Color: | Brown |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Unserved:**

[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] No response on:  Date: _____  Date: _____
                     Time: _____  Time: _____
[ ] Other: _____  Comments or Remarks  _____

**Server Data:**

Subscribed and Sworn to me this
_230_ day of _June 2025_

Notary Signature _____
Name of Notary, commission expiration:

I, Pete Cerruto, was at the time of service a competent adult and not
having a direct interest in the litigation. I declare under penalty of
perjury that the foregoing is true and correct.

_____    06/23/2025

*Pete Cerruto, 3276 Oceanic Drive, Toms River, NJ 08753, 732 812-7288*

LISA CERRUTO
NOTARY PUBLIC
Revised 9/30/2002 ** for use by English
STATE OF NEW JERSEY
ID # 50156739
MY COMMISSION EXPIRES MAR. 23, 2028

Affidavit of Service (9/30/2002)

page 1 of 1