United States District Court
Southern District of Texas
**ENTERED**
July 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Berkadia Commercial Mortgage, LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-2368 |
| | § | |
| Cross Bridge Title LLC | § | |
| and Old Republic National Title Ins. Co., | § | |
| | § | |
| Defendants. | § | |

## O R D E R

Pending before the court is Plaintiff's Request for Entry of Default (Docket Entry No. 11) The request establishes that Defendant, Cross Bridge Title, LLC, has failed to plead or defend this action. Accordingly, Plaintiff's Request for Entry of Default is **GRANTED**; and it is **ORDERED** that **DEFAULT** is entered against Defendant, Cross Bridge, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Within 20 (twenty) days from the entry of this Order, Plaintiff is **ORDERED** to:

(a) move for judgment by default, certifying the notice to defendant by certified mail (return receipt requested) as required by Rule 5.5;

(b) submit affidavits with supporting documentation of plaintiff's damages, including a self-explanatory computation of any prejudgment interest sought;

(c) submit affidavit evidence on attorney's fees, including an explanation of reasonable charges for the necessary service in prosecution of this case; and

(d) submit a proposed Final Judgment.

**SIGNED** at Houston, Texas, on this 3rd day of July, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE