| | |
|---|---|
| **From:** | Julie Gschwind |
| **To:** | Phil Long; Joseph Santone; Brian Shoch; Travis Jones |
| **Cc:** | Kenneth Brock; Ngoc Pham; Carolin Revell |
| **Subject:** | April Master Lease Fee - Virtuo (for your review) |
| **Date:** | Thursday, March 28, 2024 10:45:40 AM |
| **Attachments:** | image723177.png |
| | image898487.png |
| | image992679.png |
| | image142966.png |

Freddie has calculated a Repurchase Price of $70,839,960.33 at the bottom of this email. After deduction of the $15,000,000 cash collateral held by Freddie, the Master Lease Fee due 4/1/2024 is calculated as follows:

$55,839,960.33 x 26 days x 6.71% (5.31 overnight SOFR as of 3/15/2024 + 140 bps)/365 = $266,899.71

### WIRE INSTRUCTIONS

| | |
|---|---|
| **Bank Name:** | JPMORGAN CHASE BANK, NA |
| **Bank Address:** | New York, New York |
| **Bank Account Name:** | FHLMC MULTIFAMILY |
| **ABA#:** | 021000021 |
| **Bank ACCOUNT#:** | ▓▓▓▓▓▓▓ |
| **Reference:** | REO Property Name_Cash Collateral |
| | Attn: Annie Reksono |

Please review and let me know if you would like me to schedule a call to discuss.

Thanks.

## Julie Gschwind

**SENIOR VICE PRESIDENT, PORTFOLIO SURVEILLANCE & SPECIAL SERVICING**

**SERVICING**

3121 Michelson Drive
Suite 400
Irvine, CA 92612
**O** +1 (949) 622-9294 | **M** +1 ▓▓▓▓▓▓▓
julie.gschwind@berkadia.com
Berkadia Commercial Mortgage Inc. | CA RE License # 01223956

**BERKADIA.COM**



Let us find your next investment! Visit our property acquisition portal and update your acquisition criteria today.

a Berkshire Hathaway and Jefferies Financial Group company

This message is intended for the individual or entity named above. If you are not the intended recipient, please do not



read, copy, use or disclose this communication to others. Please notify the sender by reply and delete this message from your system. Thank you.

**From:** Reksono, Annie <annie_reksono@freddiemac.com>
**Sent:** Wednesday, March 27, 2024 4:58 PM
**To:** Julie Gschwind <Julie.Gschwind@berkadia.com>
**Subject:** Repurchase price breakdown

**EXTERNAL SENDER**

Hi Julie,

Please see details below:

| | |
|---|---:|
| UPB as of March 4th | $ 68,460,000.00 |
| Unpaid accrued interest until March 4th/ delinquent interest | $ 2,329,066.24 |
| Legal expenses reported as of 3/21/2024 | $ 36,847.39 |
| Third party reports | $ 12,000.00 |
| Travel expenses | $ 2,046.70 |
| Hedging fee | $ - |
| | **$ 70,839,960.33** |

Thanks,

**Annie Reksono**
Manager, Asset Resolution & REO
Multifamily Asset Management
703-903-3165 (Office)

The information transmitted in this e-mail is for the exclusive use of the person or entity to which it is addressed and may contain legally privileged or confidential information. If you are not the intended recipient of this e-mail, you are prohibited from reading, printing, duplicating, disseminating or otherwise using or acting in reliance upon this information. If you have received this information in error, please notify the sender at Freddie Mac immediately, delete this information from your computer and destroy all copies of the information.

*** This email has been received from outside the organization – Think before clicking on links, opening attachments, or responding.***