United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BERKADIA COMMERCIAL MORTGAGE LLC,　§<br>　　*Plaintiff*,　§<br>　§<br>v.　§<br>　§<br>CROSS BRIDGE TITLE LLC AND　§<br>OLD REPUBLIC NATIONAL TITLE　§<br>INSURANCE COMPANY,　§<br>　　*Defendants*,　§ | CIVIL ACTION NO. 4:25-cv-2368 |

## **ORDER**

After considering Plaintiff Berkadia Commercial Mortgage LLC's Unopposed Motion to Withdraw Motion for Default Judgment Without Prejudice, the Court hereby—

GRANTS the motion. It is therefore hereby—

ORDERED that Plaintiff's Motion for Default Judgment is WITHDRAWN without prejudice to Plaintiff's right to its refiling.

Signed on August 28, 2025, at Houston, Texas.

*Christina A. Bryan*

Christina A. Bryan
United States Magistrate Judge