United States District Court
Southern District of Texas
**ENTERED**
January 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BERKADIA COMMERCIAL MORTGAGE LLC, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-2368 |
| CROSS BRIDGE TITLE LLC AND OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, *Defendants*, | § § § § § | |

## ORDER

This case is set for an Initial Pretrial and Scheduling Conference on January 27, 2026.[1]  ECF 27.  It is

ORDERED that the Initial Pretrial Scheduling Conference is reset for February 26, 2026, at 11:00 AM.

### Join ZoomGov Meeting
Meeting ID: 161 376 2172
Passcode: 664485

Signed on January 21, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The appearing parties have consented to the jurisdiction of this Magistrate Judge for all purposes. ECF 22.